JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE IP, LLC, | Case No. SACV 14-646-GW(AJWx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| BACKCOUNTRY.COM, INC. | |
| Defendant. | |

Based upon the Notice of Voluntary Dismissal Without Prejudice [17], it is hereby ORDERED that this action is hereby dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: June 19, 2014              BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE